IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.   2:13-CR-319-SLB-HGD |
| ) | |
| JONATHAN IAN BROOKS ) | |

NOTICE OF SUPPLEMENTAL ARRAIGNMENT

**TAKE NOTICE** that **SUPPLEMENTAL ARRAIGNMENT** has been set at HUGO L. BLACK U.S. COURTHOUSE, 1729 5th Avenue North, Birmingham, Alabama, on **Thursday, August 22, 2013, 9:30 AM before U. S.  Magistrate Judge Harwell G Davis, III,** for you to appear and answer any charges against you as described in the Indictment.

Sharon N. Harris, Clerk


By:/s/ S. Handley
Deputy Clerk


Date:        August 2, 2013



Charles Scott Linton, Esq.